AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

DNA # E0424022

United States of America
v.
Luis Alonso ARGUETA-DIAZ

Case No. 25MJ1415

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Luis Alonso ARGUETA-DIAZ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 8 United States Code 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i) - did knowingly, intentionally, and unlawfully, conspire, combine, confederate, and agree with other persons knowng and unknown, to commit offenses against the United States, namely; to transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise.

Date: 05/08/2025

*Issuing officer's signature*

City and state: Las Cruces, New Mexico        Gregory B. Wormuth, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/08/2025, and the person was arrested on *(date)* 05/19/2025
at *(city and state)* Henrico, Virginia.

Date: 05/19/2025

*Arresting officer's signature*

Christopher Garzon, HSI SA
*Printed name and title*