AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAY - 8 2025
MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Luis Alonso ARGUETA-DIAZ<br><br>*Defendant(s)* | )<br>)<br>) Case No. 25MJ1415<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 4, 2025__ in the county of __Dona Ana__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i) | Conspiracy to Transport an Illegal Alien |

This criminal complaint is based on these facts:

See Affidavit, attached and incorporated herein, by reference.

☑ Continued on the attached sheet.

BEATRIZ TELLES
Digitally signed by BEATRIZ TELLES
Date: 2025.05.07 11:45:44 -06'00'

*Complainant's signature*

Beatriz Telles, HSI Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: 05/08/2025

City and state: Las Cruces, New Mexico

*Judge's signature*

Gregory B. Wormuth, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

## United States v. Luis Alonso ARGUETA-DIAZ

On May 03, 2025, United States Border Patrol (USBP) Agents encountered a 17-year-old unaccompanied minor, citizen of Honduras (minor), at approximately 12:08 a.m., near Santa Teresa, New Mexico. The apprehending agents then determined that the minor had unlawfully entered the United States from Mexico at a time and place other than as designated by the Secretary of Homeland Security. On May 04, 2025, Homeland Security Investigations (HSI) Special Agent (SA) Telles received information from USBP regarding the apprehension of the minor. SA Telles interviewed the minor at a Central Processing Station in El Paso, Texas.

The minor stated that she was headed to Virginia to live with her boyfriend, the defendant, Luis ARGUETA-DIAZ, who is 35 years old. The minor further stated that she met her boyfriend, ARGUETA-DIAZ, through her mother, and that she had been dating ARGUETA-DIAZ for approximately one year.

The minor further stated that her mother was aware that she was headed to the United States to live with ARGUETA-DIAZ, and that ARGUETA-DIAZ arranged for her trip from Honduras to the United States. The total amount ARGUETA-DIAZ was going to pay was $20,000 USD, however, ARGUETA-DIAZ has only paid $3,500 USD. The remainder of the amount was to be paid once the minor reached her destination in the United States. The minor stated that ARGUETA-DIAZ lives in Virginia, and that he has been living in the United States for 19 years.

SA Telles spoke with ARGUETA-DIAZ on the phone, and ARGUETA-DIAZ stated that he was aware that the minor was en route to Virginia to live with him. ARGUETA-DIAZ stated he wanted to help the minor be in a safe place, and that he wanted the minor to help him take care of his three children.

ARGUETA-DIAZ further stated that he sent $2,000 USD to the minor's mother in Honduras for the purpose of smuggling the minor into the United States. ARGUETA-DIAZ further stated that the full payment would be made once the minor arrived in Virginia.

SA Telles also spoke with the minor's mother who stated she received $2,000 dollars from ARGUETA-DIAZ to arrange for the minor to be smuggled into the United States.

HSI Richmond interviewed ARGUETA-DIAZ on May 05, 2025. ARGUETA-DIAZ was advised of his *Miranda* rights, in Spanish, and agreed to speak with Agents. ARGUETA-DIAZ stated that the minor's mother told ARGUETA-DIAZ that she needed his assistance getting the minor out of the country.

ARGUETA-DIAZ stated that he sent $2,000 USD to his mother, in Honduras, so she could give that money to the minor's mother. This was to assist with the smuggling fee for the minor to be smuggled into the United States, where she would live with him, and help him care for his children.

ARGUETA-DIAZ stated that he was going to receive a call from the smuggler once the minor entered the United States, to coordinate her transportation to Virginia.

AUSA Mark Saltman reviewed and approved this complaint.

Respectfully submitted,

BEATRIZ TELLES
Digitally signed by BEATRIZ TELLES
Date: 2025.05.07 11:50:3 -06'00'

Beatriz Telles, Special Agent
Homeland Security Investigations

Electronically submitted and telephonically sworn before me on May __8__, 2025.

Gregory B. Wormuth
Chief United States Magistrate Judge