CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL  DOCKET NO. 3:25mj54
REPORTER: FTR  DATE: 5/21/25

UNITED STATES OF AMERICA  COUNSEL
v.

1. Luis Alonso Argueta-Diaz    1. Mark Duda (w)
   Deft appeared via VTC ( ) ZOOM ( )

APPEARANCES: GOVERNMENT  Ellen Theisen  (✓)
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )
INTERPRETER  Emilia Trejo  (✓)

BAIL STATUS: DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

TYPE OF PROCEEDINGS:
INITIAL ( ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY (✓) DETENTION (✗) MOTIONS ( ) OTHER: Identity (Rule 5) (✓)
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER (✗)  Deft waives identity hearing  (w)

INITIAL HEARING PROCEEDINGS:
DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( ) DEFT ADVISED OF RULE 5 RIGHTS ( )
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

PRELIMINARY HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
* Deft waives preliminary hearing in this district - requests preliminary in charging district

DETENTION HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE (✗) by proffer   DEFT ADDUCED EVIDENCE (✗)
ARGUMENTS HEARD (✗) FINDINGS STATED FROM BENCH (✓)
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND (✗)
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES)  * Jose Abel Argueta-Diaz - proposed 3rd party

*Govt motion to Stay the Order of Release for 48 hours pending an appeal in the District of New Mexico - GRANTED

*Order Setting Conditions of Release is STAYED.

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F)  (✓)

CASE CONTINUED TO: _____  FOR _____
CASE SET: 3:30  BEGAN: 3:49  ENDED: 4:49  TIME IN COURT: 1 hour