# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:25MJ054 |
| LUIS ALONSO ARGUETA-DIAZ | ) | Charging District's Case No.   2:25MJ01415 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of New Mexico - Las Cruces Division

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- [x] an identity hearing and production of the warrant. → in this district
- [x] a preliminary hearing, but I request that that hearing be held MDD in the prosecuting district, at a time set by that court.
- [ ] a detention hearing.
- [ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   5/19/2025

*Luis Argueta Diaz*
Defendant's signature

_____
Signature of defendant's attorney

Mark D. Duda
Printed name of defendant's attorney