IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.   Civil No. 3:25-mj-00054

LUIS ALONSO ARGUETA-DIAZ,
   Defendant.

**ORDER**

On May 22, 2025, the United States filed an appeal in the United States District Court for the District of New Mexico, seeking to revoke this Court's May 21, 2025 Release Order Setting Conditions of Release (ECF No. 8). (ECF No. 11.) Accordingly, the Defendant is committed to the custody of the United States Marshals for transport to the United States District Court for the District of New Mexico.

The Clerk is directed to send a copy of this order to the United States Marshal Service, the Pretrial Services Office, and all counsel of record.

It is so ORDERED.

                                                    /s/ *MRC*

Richmond, Virginia                      Mark R. Colombell
Date: May 23, 2025                   United States Magistrate Judge